**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Pedersen Media Group, Inc., dba Intrepid Creative** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **94-3216435** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1115 Third Street** <br> **San Rafael, CA 94901** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Marin** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When | _____ Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 15, 2024**
              MM / DD / YYYY

**X** **/s/ Mark Pedersen**                                  **Mark Pedersen**
     Signature of authorized representative of debtor              Printed name

Title   **CEO**

**18. Signature of attorney**

**X** **/s/ Chris Kuhner**                                 Date   **May 15, 2024**
     Signature of attorney for debtor                              MM / DD / YYYY

**Chris Kuhner 173291**
Printed name

**Kornfield, Nyberg, Bendes, Kuhner & Little P.C.**
Firm name

**1970 Broadway, Ste 600**
**Oakland, CA 94612**
Number, Street, City, State & ZIP Code

Contact phone   **510-763-1000**        Email address _____

**173291 CA**
Bar number and State

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 15, 2024**     X **/s/ Mark Pedersen**
                                           Signature of individual signing on behalf of debtor

                                           **Mark Pedersen**
                                           Printed name

                                           **CEO**
                                           Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Pedersen Media Group, Inc., dba Intrepid Creative**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

---

**Part 1:    Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................    $ _____**0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*............................................................................    $ _____**934,847.00**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.............................................................................    $ _____**934,847.00**

---

**Part 2:    Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____**1,391,080.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................    $ _____**96,690.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$ _____**14,598,426.89**

4.    **Total liabilities** ...........................................................................................
    Lines 2 + 3a + 3b          $ _____**16,086,196.89**

Case: 24-30357    Doc# 1    Filed: 05/15/24    Entered: 05/15/24 17:03:00    Page 7 of 66

**Fill in this information to identify the case:**

Debtor name **Pedersen Media Group, Inc., dba Intrepid Creative**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Bank of America** | | 1992 | $324.00 |
| 3.2. | **Bank of America** | | 2894 | $24.00 |
| 3.3. | **Bank of San Francisco** | | 5404 | $314.00 |

| 4. | **Other cash equivalents** *(Identify all)* | |
|---|---|---|

| 5. | **Total of Part 1.** | $662.00 |
|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

Case: 24-30357    Doc# 1    Filed: 05/15/24    Entered: 05/15/24 17:03:00    Page 8 of 66

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**See attached list** | **Unknown** | | **$114,580.00** |
| 40. | **Office fixtures**<br>**See attached list-Lift & Ice/Water dispenser** | **Unknown** | | **$12,800.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**See attached list** | **Unknown** | | **$753,205.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

44. **Total of Part 7.**
   Add lines 39 through 42. Copy the total to line 86.                              **$880,585.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☑ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

Case: 24-30357   Doc# 1   Filed: 05/15/24   Entered: 05/15/24 17:03:00   Page 9 of 66

☐ No
■ Yes

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2014 Ford Transit Connect XLT<br>Mileage 23756** | Unknown | | $23,000.00 |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |

**51.    Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$23,000.00

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

■ Yes

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.

☐ Yes Fill in the information below.

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.    Patents, copyrights, trademarks, and trade secrets<br>Intrepid Creative trademark** | Unknown | | $0.00 |
| **61.    Internet domain names and websites** | | | |

| | | | |
|---|---|---|---|
| **intrepidcreative.com and intrepidstudios.net** | **Unknown** | | **$0.00** |

62.   **Licenses, franchises, and royalties**

63.   **Customer lists, mailing lists, or other compilations**
       **Customer list**                                          **Unknown**                              **$0.00**

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**
       **Goodwill**                                               **Unknown**                              **$0.00**

66.   **Total of Part 10.**                                                                    | **$0.00** |
       Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| **Part 11:** | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                              **Current value of
                                                                              debtor's interest**

71.   **Notes receivable**
       Description (include name of obligor)
       **Promissory Note for purchase of**        **30,600.00**  -  **0.00**  =
       **stock, Shirish S. Hardikar. Note due**    Total face amount     doubtful or uncollectible amount
       **1-2-27 or when shares are sold.**                                            **$30,600.00**

72.   **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.   **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
     country club membership

78.  **Total of Part 11.**                                                                    $30,600.00

     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Debtor **Pedersen Media Group, Inc., dba Intrepid Creative**      Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $662.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $880,585.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $23,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $30,600.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $934,847.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $934,847.00 |

Case: 24-30357    Doc# 1    Filed: 05/15/24    Entered: 05/15/24 17:03:00    Page 13 of 66

# Pedersen Media Group, Inc. dba Intrepid Creative - Asset List

May 10, 2024

|  | | Ea | Ext |
|---|---|---|---|
| **Reception** | | | |
| 2015 iMac 27" | 1 | $350 | $350 |
| Herman Miller Aeron Chair | 1 | $500 | $500 |
| Herman Miller Moulded Walnut Plywood Lounge Chairs | 3 | $600 | $1,800 |
| Herman Miller Noguchi Glass Coffee Table | 1 | $1,000 | $1,000 |
| Leather Office Side Chairs | 2 | $600 | $1,200 |
| Nelson Bench | 2 | $1,000 | $2,000 |
| **Large Conference Room** | | | |
| Herman Miller Management Chairs in Black Leather | 14 | $1,350 | $18,900 |
| LG 65" OLED TV | 1 | $900 | $900 |
| AV/Zoom system, Clear One Beam forming Microphone, Marantz AV receiver, mac mini, Apple TV, iPad for Conference Room | 1 | $6,000 | $6,000 |
| Definitive Studio 45 Bookshelf  Speakers | 2 | $250 | $500 |
| Knoll LSM Conference Table - Chrome base, laminate top | 1 | $4,500 | $4,500 |
| **Small Conference Room** | | | |
| Herman Miller Office Chairs | 7 | $30 | $210 |
| Knoll "Ref" desk top | 1 | $50 | $50 |
| 50" Vizio TV with Apple TV and Mac mini  for conferencing | 1 | $400 | $400 |
| Portable Whiteboard | 1 | $75 | $75 |
| **Green Room** | | | |
| Rove Nico Sofa | 1 | $550 | $550 |
| West Elm Lucas  swivel chair | 1 | $350 | $350 |
| Vizio 50" TV | 1 | $175 | $175 |
| Floor standing Mirror | 1 | $25 | $25 |
| Crate & Barrel Nested Coffe Tables | 1 | $35 | $35 |
| Small Ikea Lamp | 1 | $10 | $10 |
| Floor Lamp | 1 | $50 | $50 |
| End Table | 1 | $45 | $45 |
| **Hallway & Foyer** | | | |
| Tall Director's Chairs | 5 | $35 | $175 |
| Rolling Half Circle Desk | 3 | $90 | $270 |
| Rove White Oval Dining Table | 1 | $800 | $800 |
| Rove White Plastic Chairs with Metal Bases | 6 | $60 | $360 |
| Single Side Chairs | 2 | $150 | $300 |
| Grey Sofa | 2 | $100 | $200 |
| Grey Bar Stools | 2 | $20 | $40 |
| **Makeup Room** | | | |
| Adjustable Stools | 4 | $20 | $80 |
| Rolling Clothes Rack | 2 | $20 | $40 |
| Reliable Professional Floor Steamer | 1 | $75 | $75 |
| Changing Divider | 1 | $25 | $25 |
| Large Mirror | 1 | $40 | $40 |
| Medium Mirror | 1 | $35 | $35 |

| | | | |
|---|---|---|---|
| **Main Kitchen** | | | |
| Lunch Tables with heavy chrome bases | 6 | $180 | $1,080 |
| White Cafe Chairs, metal base | 12 | $80 | $960 |
| **Subtotal First floor Furniture and Furnishings** | | | **$44,105** |
| | | | |
| **Camera Department** | | | |
| Safe - used for camera and lens storage | 1 | $750 | $750 |
| Lista Drawer Sysem | 2 | $400 | $800 |
| | | | |
| **Still Cameras** | | | |
| Canon 5D II | 1 | $315 | $315 |
| Canon 5D III | 2 | $500 | $1,000 |
| | | | |
| **Still Camera Batteries/Chargers** | | | |
| Dolgin Engineering - TC 400 Canon LP E6 4-batt charger | 1 | $300 | $300 |
| Dolgin Engineering - TC 400 Canon BP 4-batt Turbo Charger | 1 | $400 | $400 |
| Canon BP-955 | 3 | $35 | $105 |
| Canon BP-975 (new) | 2 | $100 | $200 |
| | | | |
| **Still Camera lens Adapters** | | | |
| Canon Extender EF 2x II | 1 | $100 | $100 |
| Canon Extender EF 1.4x III | 2 | $175 | $350 |
| Canon Mount Adapter EF-EOS R | 1 | $50 | $50 |
| Leica APO Extender 1.4x for f2.8 280 | 1 | $500 | $500 |
| | | | |
| **Still Camera lenses** | | | |
| Canon EF 24-105mm f/4 | 1 | $300 | $300 |
| Canon EF 24-105mm f/4 | 1 | $300 | $300 |
| Canon EF 16-35mm f/2.8 | 1 | $400 | $400 |
| Canon EF 16-35mm II f/2.8 | 1 | $500 | $500 |
| Canon EF 24-70mm f/2.8 IS | 1 | $600 | $600 |
| Canon EF 70-200mm f/2.8 IS | 1 | $600 | $600 |
| Canon EF 70-200mm f/2.8 IS II | 1 | $900 | $900 |
| | | | |
| **Leica R Cinevised Camera Lenses** | | | |
| Leica Summilux-R 80mm f/1.4 ROM | 1 | $5,000 | $5,000 |
| Leica Vario-Elmarit-R 35-70mm f/4 ROM | 1 | $1,900 | $1,900 |
| Leica Vario-APO-Elmarit-R 70-180mm f/2.8 ROM | 1 | $5,000 | $5,000 |
| Leica Elmarit-R 100mm f/2.8 APO Macro ROM | 1 | $2,500 | $2,500 |
| Leica Elmarit-R 180mm f/2.8 APO ROM | 1 | $3,500 | $3,500 |
| Leica Elmarit-R 280mm APO Telyt with ATA Case | 1 | $4,400 | $4,400 |
| | | | |
| **RED DSMC 2 Camera System** | | | |
| RED CF Helium 8k w/woven sidekick, PL, ET IO plate + ET Battery Plate | 1 | $5,000 | $5,000 |
| RED DSMC2 Helium 8k Carbon Fiber, ET battery plate, (one Fan not working) | 1 | $4,000 | $4,000 |
| RED  DSMC2  Scarlet W - 5K | 2 | $3,000 | $6,000 |
| RED Titanium PL Mount | 2 | $400 | $800 |
| RED Titanium  EF Mounts | 3 | $400 | $1,200 |

| **RED DSMC 2 AKS** | | | |
|---|---|---|---|
| DSMC2 Redvolt Expander | 1 | $1,400 | $1,400 |
| Epic 15mm Rod Adapter | 1 | $50 | $50 |
| DSMC2 Quick Release platform dovetail | 3 | $50 | $150 |
| DSMC Adaptor for 15mm rod | 3 | $30 | $90 |
| Wooden Camera RED Top Plate | 1 | $50 | $50 |
| RED Lemo Adaptor A | 2 | $35 | $70 |
| RED Skin Tone OLPF | 1 | $75 | $75 |
| RED Low Light OLPF | 3 | $75 | $225 |
| RED 19" Rod Adapter | 4 | $15 | $60 |
| RED Top Handle nato top rail | 3 | $50 | $150 |
| RED 5" LCD Touchscreen Monitor | 3 | $400 | $1,200 |
| RED 7" LCD Touchscreen Monitor | 2 | $700 | $1,400 |
| Red Digital Cinema 3BNC-to-00 Sync Cables | 4 | $50 | $200 |
| Tilta DSMC run/stop cables for Nucleus M | 2 | $35 | $70 |
| **RED DSMC2 Media** | | | |
| RED Mini Mag 512gb | 8 | $300 | $2,400 |
| RED Station Mini-Mag Reader | 2 | $100 | $200 |
| **RED DSMC2 Power** | | | |
| RED 24" Power extension cable | 2 | $50 | $100 |
| RED RedVolt Charger | 1 | $50 | $50 |
| Redvolt Batteries (not charging) | | $10 | $0 |
| RED Power Adapters - Output 15V 150W | 5 | $75 | $375 |
| **RED Cinema Cameras** | | | |
| RED Komodo 6k | 2 | $4,600 | $9,200 |
| RED V-Raptor | 1 | $19,000 | $19,000 |
| **RED Power** | | | |
| Tilta V-lock Battery Plate for Komodo | 2 | $75 | $150 |
| Wooden Camera Battery Plate for Komodo | 2 | $200 | $400 |
| **RED Camera Mags** | | | |
| RED Pro 512GB Cfast Cards - For Komodo | 8 | $200 | $1,600 |
| RED Cfast 2.0 Card Reader -For Komodo | 2 | $80 | $160 |
| RED CFexpress Cards - Type B for V-Raptor 660gb | 3 | $600 | $1,800 |
| Archon CFexpress 1tb - V-Raptor | 1 | $250 | $250 |
| RED CFexpress Card Reader type B - For V-Raptor | 1 | $80 | $80 |
| **RED V-Raptor AKS** | | | |
| V-Raptor Quick Release Platform Pack (new in box) | 1 | $700 | $700 |
| V-Raptor Wing Grips | 2 | $60 | $120 |
| RED V-Raptor Top Handle (New in box) | 1 | $600 | $600 |
| DSMC3 Red 5-pin to Dual XLR adaptor | 2 | $200 | $400 |
| **RED - Kippertie RF Mount Adapters** | | | |
| Kippertie Revolva RF/PL | 2 | $900 | $1,800 |
| Kippertie Adapta RF/PL | 2 | $400 | $800 |
| Kippertie Revolva RF/EF | 2 | $900 | $1,800 |

**RED - Kippertie Filter wheels**

| | | | |
|---|---|---|---|
| Revolva ND-A | 2 | $300 | $600 |
| Revolva ND-B | 2 | $300 | $600 |

**RED - Kippertie Lens Supports**

| | | | |
|---|---|---|---|
| Kippwertie Kippertie Revolva/Adapta RF support for Komodo | 2 | $100 | $200 |
| Kippertie Chin Strap RF support for Komodo | 2 | $100 | $200 |

**Canon R to LPL Adapter - Raptor**

| | | | |
|---|---|---|---|
| Wooden Camera Canon R to Arri LPL Mount | 2 | $400 | $800 |

**Arri Cinema Camera**

| | | | |
|---|---|---|---|
| Arri Alexa Mini LF - Ready to Shoot Package - 4852 Operating Hours | 1 | $65,000 | $65,000 |

**Arri Camera Mags**

| | | | |
|---|---|---|---|
| CodexCompact Drive Reader | 2 | $500 | $1,000 |
| Arri 1TB Codex Mags | 3 | $1,250 | $3,750 |

**Video Camera**

| | | | |
|---|---|---|---|
| Sony EX-1 HD Camera | 1 | $500 | $500 |

**Cinema Lenses**

| | | | |
|---|---|---|---|
| Leica Summicron-C 18mm T2 | 1 | | |
| Leica Summicron-C 25mm T2 | 1 | | |
| Leica Summicron-C 35MM T2 | 1 | | |
| Leica Summicron-C 50mm T2 | 1 | | |
| Leica Summicron-C 75mm T2 | 1 | | |
| Leica Summicron-C 100mm T2 | 1 | | |
| Leica Summicron-C 135mm T2 | 1 | | $65,000 (set) |
| DZOFILM Pictor Zoom 50-125mm T2.8 | 1 | $1,500 | $1,500 |
| DZOFILM Pictor Zoom 20-55mm T2.8 | 1 | $1,500 | $1,500 |
| RED 18-85mm 2.8 in InnerSpace ATA | 1 | $3,500 | $3,500 |
| Tokina AT-X Pro SD 11-16 | 1 | $200 | $200 |
| Tokina AT-X Pro SD 11-20 PL T2.9 | 1 | $1,400 | $1,400 |
| Fujinon 28-100 Premista 28-100mm T2.9 | 1 | $31,000 | $31,000 |
| Laowa 24mm f/14 Probe Macro Lens | 1 | $1,400 | $1,400 |

**Matte Boxes, Adapters, Base Plates, AKS**

| | | | |
|---|---|---|---|
| Arri Mattbox LMB 5 - Three stage clamp-on matte box with 114mm Ring & top flag with extensions - new | 1 | $1,800 | $1,800 |
| Arri Mattbox LMB 5 - carbon fiber top flag | 1 | $150 | $150 |
| Arri Mattbox LMB Accessory Adapter K2.0013014 | 1 | $200 | $200 |
| Arri Mattbox LMB 80mm Clamp-on Adapter K2.0014376 | 1 | $170 | $170 |
| Arri Mattbox LMB 95mm Clamp-on Adapter K2.0014439 | 2 | $170 | $340 |
| Bright Tangerine Kick 3 stage Clamp-on Matte Box with 95mm Ring | 2 | $1,000 | $2,000 |
| Bright tangerine Frame Safe clamp-on adapter 143 | 1 | 150 | 150 |
| Bright tangerine Frame Safe clamp-on adapter 114 | 2 | 150 | 300 |
| Bright Tangerine 15mm rod adapter for Kick | 1 | 100 | 100 |
| Bright Tangerine 143mm to 114mm clamp on ring | 2 | 60 | 120 |
| Bright Tangerine 143mm to 95mm clamp on ring | 2 | 60 | 120 |
| Bright Tangerine 114mm to 95mm clamp on ring | 1 | 60 | 60 |
| Bright Tangerine Misfit Atom LW Mattebox | 1 | $300 | $300 |

| | | | |
|---|---|---|---|
| Bright Tangerine 3-stage Viv Mattebox with 143mm donut to 2) 114mm 2) 95mm treaded adapters, rotating tray | 3 | $850 | $2,550 |
| Bright Tangerine 143mm rubber donut to 114mm threaded adapter | 1 | $145 | $145 |
| Bright Tangerine 143mm rubber donut with 138mm retainer | 1 | $145 | $145 |
| Bright Tangerine threaded  adapter ring 114mm to 95mm | 1 | $65 | $65 |
| Bright Tangerine threaded  adapter ring 114mm to 80mm | 3 | $65 | $195 |
| Bright Tangerine 19mm Swing Away arms for Viv | 3 | $175 | $525 |
| Bright Tangerine 15mm rod adapters for Viv MB | 2 | $80 | $160 |
| Bright Tangerine 19mm studio bracket for Viv | 2 | $120 | $240 |
| Bright Tangerine Hardmatte Set | 2 | $60 | $120 |
| Bright Tangerine Left Field 15mm Quick Release Base Plates | 2 | $600 | $1,200 |
| Bright Tangerine Left Field 19 mm Quick Release Bridge Plates | 2 | $400 | $800 |
| Bright Tangerine Cheese Plate with Nato clamp for Komodo | 2 | $120 | $240 |
| Bright Tangerine15mm Iris Rods - 12" | 6 | 75 | 450 |
| ET 15mm Iris Rods 18",12", 9" | 6 | 75 | 450 |
| Bright Tangerine "Forx" rods for BT Viiv - 6 ends, w 4) 9", 6",3" rods | 12 | 40 | 480 |
| ET 19" rods 4) 24" 2) 18" 2) 12" 2) 6" | 10 | 80 | 800 |
| Small Rig 15mm Carbon Fiber Rods - 8", 9",12" | 6 | 50 | 300 |
| Threaded  Aluminum Rods - 4) 8",2)10",2)12" | 10 | 30 | 300 |
| donut | 1 | $100 | $100 |

### Filter Kit + Misc Filters

| | | | |
|---|---|---|---|
| Schneider 4x5 ND 1.8, 1.5, 1.2, 0.9, 0.6, 0.3, Clear Filters | 2 | $1,000 | $2,000 |
| FC 4x5 ND 1.8, 1.5, 1.2, 0.9, 0.6, 0.3, Filters | 1 | $1,800 | $1,800 |
| 138mm Polo Filter/Roto Polo | 2 | $400 | $800 |
| 4x4 True Polo | 1 | 120 | $120 |
| Tiffin 77 mm Round ND filters (Still Camera Set) | 1 | $100 | $100 |
| Tiffen 82 mm Round ND filters (Still Camera Set) | 1 | $100 | $100 |
| Visible Dust Artic Butterfly | 1 | $25 | $25 |
| 4x5 Pancro IR+ND .9, 1.2, 1.5 | 3 | $250 | $750 |
| 4x5 Tiffin 1.2 IR+ND | 1 | $125 | $125 |
| 4x5 SEV ND 0.9, 0.6, 0.3 Filters | 3 | $100 | $300 |

### Manual Follow Focus Units

| | | | |
|---|---|---|---|
| Arri FF-4 (brand new) with Right hand wheel, speed crank & 19mm rod adapter, marking disks | 1 | $3,000 | $3,000 |
| O'Connor CFF-1 Folow Focus Kit | 1 | $1,500 | $1,500 |
| O'Connor O-Focus | 1 | $800 | $800 |
| Arri 2 Cine Follow Focus (brand new) | 1 | $1,200 | $1,200 |

### RT Motion Electronic Follow Focus

| | | | |
|---|---|---|---|
| RT Motion Single Motor Follow Focus Kit (single Motor) | 1 | | $1,200 |
| RT Motion Single Motor Follow Focus Kit (3 FIZ Motors) | 1 | | $3,600 |

### Tilta Electronic Nucleus-M Follow Focus Kit

| | | | |
|---|---|---|---|
| Nucleus-M Kit with Extra Batteries (8 TOTAL) | 1 | | $800 |

### Arri Hi-5 Electronic Follow Focus (All Brand New)

| | | | |
|---|---|---|---|
| Hi-5 Hand Controller Follow Focus | 1 | | $9,000 |
| Arri Cforce mini motors | 2 | | $5,100 |
| Arri Cforce mini RF Motor | 1 | | $5,000 |
| Arri Lcube | 1 | | $900 |

| | | | |
|---|---|---|---|
| Arri Cmotion pan bar zoom controller | 1 | | $1,900 |
| Hand unit battery | 1 | | $100 |

**Arri Camera Focus System (All Brand New)**

| | | | |
|---|---|---|---|
| Arri UMC-4 Universal Motor Controller | 1 | | $6,360 |
| UDM-1 Ultrasonic Distance Measure Basic Set | 1 | | $6,280 |
| LBUS cable 1ft | 2 | | $380 |
| LBUS cable 1.5ft | 2 | | $380 |
| CAM (7p)-LBUS | 1 | | $190 |
| LBUS-STAR 2 | 1 | | $190 |
| Cable CAM (7p)-RS | 1 | | $190 |
| RS-RS/PWR IN | 1 | | $190 |
| CAM (7p) - D-Tap | 1 | | $200 |
| LBUS - D-Tap | 1 | | $200 |

**Arri Focus System - Arri Cables (All Brand New)**

| | | | |
|---|---|---|---|
| LBUS Cable 10ft | 1 | | $190 |
| LBUS Cable 20ft | 1 | | $240 |
| LBUS Cable 49ft | 1 | | $260 |
| LBUS Cable - D-Tap 2.6ft | 1 | | $240 |
| Cable CAM (7p) - LBUS 1ft | 2 | | $380 |
| Cable UDM to UMC | 1 | | $190 |
| Cable UMC to AMIRA | 1 | | $250 |
| Cable LBUS to LCS 2.5ft | 1 | | $190 |
| Cable CAM (16p) - EXT (6p) 1.6ft | 2 | | $450 |
| Cable LBUS 1ft | 1 | | $190 |
| Cable RS-RS/PWR In 1.6ft | 2 | | $380 |
| Cable CAM (7p) - LBUS 1.6ft | 1 | | $190 |
| Cable Fi f3p - D-Tap | 1 | | $190 |
| Cable LBUS Star-2 16in | 1 | | $190 |
| **Arri H-5 FF System Subtotal** | | | $40,090 |

**On Camera Monitors**

| | | | |
|---|---|---|---|
| SmallHD 5" | 1 | $200 | $200 |
| PortKeys BM5-WR 5" Monitor (w Case with Misc. Cables) | 1 | $400 | $400 |
| SmallHD Cine 7 | 2 | $1,400 | $2,800 |
| SmallHD 7" 702 Hi Bright | 1 | $400 | $400 |
| SmallHD DP 6 | 1 | $120 | $120 |
| SmallHD DP 7 Director's monitor with handles in pellican | 1 | $650 | $650 |
| SmallHD DP 7 | 1 | $500 | $500 |

**On-Set Monitors**

| | | | |
|---|---|---|---|
| Sony 17" PVM A170 Monitor with yoke in ATA Case | 1 | $1,500 | $1,500 |
| Panasonic 17" BT-LHI1710P Monitor with yoke in ATA Case | 1 | $800 | $800 |

**Teradek Bolt Wireless Video - 2000 System**

| | | | |
|---|---|---|---|
| Teradek 2000 Transmitter | 1 | | |
| Teradek Bolt 2000 Receiver | 1 | | |
| Teradek Bolt Sidekick Receiver (Set) | 1 | | $1,800 Set |
| Teradek Dual 14.4 Vmount Battery Plate for Bolt Pro | 1 | $200 | $200 |

**Camera Batteries & Chargers**

| | | | |
|---|---|---|---|
| IDX Endura Duo V-lock 150 | 8 | $120 | $960 |
| IDX Endura 10s | 3 | $50 | $150 |
| IDX Endura 7 | 2 | $30 | $60 |
| Anton Bauer Micro 45 | 2 | $180 | $360 |
| Anton Bauer Micro 90 | 8 | $250 | $2,000 |
| Anton Bauer Micro 150 | 2 | $375 | $750 |
| IDX VL-4se Simultaneous Quick Charger | 2 | $600 | $1,200 |
| IDX VL2 Charger (2 batt) | 1 | $100 | $100 |
| RED V-Lock Batetery Charger | 1 | $120 | $120 |

### Camera Support

| | | | |
|---|---|---|---|
| O'Connor 60L 2 Stage CF 150mm Ball Sticks with Hardcase | 2 | $2,300 | $4,600 |
| O'Connor 60L 2 Stage CF150mm Ball Sticks with Softcase | 1 | $2,300 | $2,300 |
| O'Connor 150mm Aluminum Baby Legs with Hardcase (brand new) | 1 | $2,500 | $2,500 |
| O'Connor 30L 2 Stage CF 100mm Ball Sticks - mid spreader | 1 | $2,000 | $2,000 |
| O'Connor 2060 Head - 150mm | 1 | $12,000 | $12,000 |
| O'Connor 2065 Head - 150mm | 1 | $13,000 | $13,000 |
| O'Connor 1030D Head - 100mm | 1 | $4,000 | $4,000 |
| Sachtler DV4 Head & Sticks | 1 | $1,200 | $1,200 |
| Sachtler Aktiv8 Head & Sticks (brand new) | 1 | $2,700 | $2,700 |
| Sachtler DV12 Head & Sticks | 1 | $3,000 | $3,000 |
| Dana Dolly Kit | 1 | $800 | $800 |
| Trost Slider - 40" with Pelican Case | 1 | $500 | $500 |
| Eye-Direct Mark II with rolling Case | 1 | $1,200 | $1,200 |

### Camera AKS

| | | | |
|---|---|---|---|
| Komodo Mutiny I.O. adapter | 2 | $300 | $600 |
| Bright Tangerine Nato side rails and top plate | 2 | $125 | $250 |
| Bright Tangerine Cheese Plate for Komodo | 2 | $60 | $120 |
| Small Rig Nato Top Handles | 2 | $30 | $60 |
| RED dog bones A&B | 2 | $20 | $40 |
| RED outtrigger handle | 1 | $20 | $20 |
| Red Nato Top Handle | 1 | $20 | $20 |
| RED Nato Hand grips | 2 | $20 | $40 |
| Arri LBS-2 Hand Grips | 1 | $1,200 | $1,200 |
| Titlta full cage for Komodo | 2 | $70 | $140 |
| Tilta 15mm riser/base plate | 2 | $60 | $120 |
| Tilta dovetail for Komodo | 2 | $100 | $200 |
| Tilta 15mm lens support pro (new) | 2 | $70 | $140 |
| ET 15mm LW lens support | 1 | $100 | $100 |
| Wooden Camera Nato Handle Plus V2 | 1 | $80 | $80 |
| Wooden Camera 15mm Baseplate for Komdo | 1 | $300 | $300 |
| Anton/Baur D-tap splitters | 2 | $40 | $80 |
| Misc SDI Cables for camera monitoring | 11 | $20 | $220 |
| Small Rig monitor mounts | 2 | $10 | $20 |
| Tilta cold shoe monitor mounts | 2 | $15 | $30 |
| Global Dynamics monitor mount for Komodo or Raptor | 1 | $55 | $55 |
| Global Dynamics Timmy Ribs adapter plates | 2 | $35 | $70 |
| Varizoom Rocker LANC zoom control | 1 | $50 | $50 |
| Noga Arm (small) | 1 | $75 | $75 |
| ET Arri Dovetail | 2 | $200 | $400 |
| DJI Ronin 3-axis gimbal (original, perfect cond) | 1 | $300 | $300 |

| Item | Qty | Unit | Total |
|---|---|---|---|
| Ready Rig + Pro Arms | 1 | $1,600 | $1,600 |
| Krane AMG 750 All Terrain Camera Cart | 1 | $350 | $350 |
| Film Tools Camera Cart with 150mm ball plate | 1 | $800 | $800 |
| **Camera Subtotal** | | | **$417,280** |

**Stage- Grip & Electric**

| Item | Qty | Unit | Total |
|---|---|---|---|
| 100A Bates cable | 3 | $85 | $255 |
| 60A (50') Bates Cable | 3 | $120 | $360 |
| 60A (25') Bates Cable | 2 | $85 | $170 |
| 60A Bates Sandwich | 2 | $50 | $100 |
| 25' Stingers | 4 | $40 | $160 |
| 50' stingers | 4 | $60 | $240 |
| Mole 100A Bates box "lunchbox" thru | 1 | $150 | $150 |
| AC Power 100A Bates box "lunchbox" thru | 1 | $250 | $250 |
| 100A-60A Bates Breakouts | 2 | $100 | $200 |
| 600A Camlock to Bates Breakout Box | 1 | $700 | $700 |
| Misc Soft goods | 1 | $250 | $250 |
| ETC Source 4 750 lekos (includes variety of lenses) | 6 | $150 | $900 |
| Mole 1K fresnel | 1 | $100 | $100 |
| ARRi 2K fresnel | 2 | $175 | $350 |
| ARRI 650W fresnel | 2 | $125 | $250 |
| ARRI 150W fresnel | 2 | $100 | $200 |
| 8' Dolly Track | 3 | $450 | $1,350 |
| 4' dolly track | 1 | $350 | $350 |
| Mathews Mini Slider Stands - With locking Wheels | 2 | $450 | $900 |
| Tornado 24" Drum Fans (brand new in box) | 2 | $150 | $300 |
| Ladders (6,8,10,12') | 4 | $120 | $480 |
| Lifetime Deluxe Plastic Folding Chairs | 5 | $35 | $175 |
| Lifetime 6' folding table | 1 | $75 | $75 |
| Folding Chair | 5 | $20 | $100 |
| **Grip Subtotal** | | | **$8,365** |

**Editorial Area**
**Workstation Furniture**

| Item | Qty | Unit | Total |
|---|---|---|---|
| Herman Miller Aeron Chairs | 15 | $500 | $7,500 |
| Adjustable Standing Desks | 6 | $800 | $4,800 |
| Power Spine | 3 | $700 | $2,100 |
| Mobile Pedestals | 6 | $150 | $900 |
| Portable Whiteboard | 1 | $100 | $100 |
| Rove White Plastic Chairs | 4 | $80 | $320 |
| 48" Rove Tulip Table, Laminate Top | 1 | $450 | $450 |
| HP Color LaserJet 3600n Printer | 1 | $110 | $110 |
| HP LaserJet P4015n | 1 | $65 | $65 |
| | | | **$16,345** |

**Station 1**

| Item | Qty | Total |
|---|---|---|
| PC - Intel i9-9900KS CPU 4.0GHz, 128gb RAM | 1 | $1,000 |
| NVIDIA GeForce RTX 2080 Ti | 1 | $325 |
| Dell UP2716D 1440p 27" Monitor | 2 | $320 |
| Huanuo Dual Monitor Arms | 1 | $80 |
| DT 770 Pro Headphones | 1 | $80 |
| Logitech G403 Hero Mouse | 1 | $5 |

| | | |
|---|---|---|
| Bose Computer Speakers | 1 | $30 |
| | | $1,840 |

**Station 2**

| | | |
|---|---|---|
| PC - AMD Ryzen 9 3950X 16-Core Processor, 128gb RAM | 1 | $1,200 |
| EVGA Geforce RTX 2070 Super | 1 | $185 |
| Asus PA278QV 1440p | 2 | $320 |
| Huanuo Dual Monitor Arms | 1 | $80 |
| Logitech G403 Hero Mouse | 1 | $5 |
| Bose Computer Speakers | 1 | $30 |
| | | $1,820 |

**Station 3**

| | | |
|---|---|---|
| PC - AMD Ryzen 9 3950X 16-Core Processor, 128gb RAM | 1 | $1,200 |
| EVGA Geforce RTX 2070 Super | 1 | $250 |
| Dell UP2716D 1440p 27" Monitor | 2 | $320 |
| Huanuo Dual Monitor Arms | 1 | $80 |
| Logitech G403 Hero Mouse | 1 | $5 |
| DT 770 Pro Headphones | 0 | $0 |
| Bose Computer Speakers | 1 | $30 |
| | | $1,885 |

**Station 4**

| | | |
|---|---|---|
| PC - AMD Ryzen 9 3950X 16-Core Processor, 128gb RAM | 1 | $1,200 |
| Asus PA278QV 27" Monitor | 2 | $320 |
| EVGA Geforce RTX 2070 Super | 1 | $185 |
| Logitech G403 Hero Mouse | 1 | $5 |
| Huanuo Dual Monitor Arms | 1 | $80 |
| DT 770 Pro Headphones | 1 | $80 |
| Bose Computer Speakers | 1 | $30 |
| | | $1,900 |

**Station 5**

| | | |
|---|---|---|
| Mac Mini | 1 | $385 |
| LG 27MD5KA 27" Monitor | 1 | $500 |
| Pegasus R6 Promise RAID | 1 | $800 |
| Apple Wireless Keyboard | 1 | $15 |
| Logitech M510 Wireless Mouse | 1 | $10 |
| | | $1,710 |

**Station 6**

| | | |
|---|---|---|
| PC - AMD Ryzen 9 3950X 16-Core Processor, 128gb RAM | 1 | $1,200 |
| Asus PA278QV 27" Monitor | 2 | $320 |
| Logitech G502 Hero Mouse | 1 | $5 |
| Huanuo Dual Monitor Arms | 1 | $80 |
| NVIDIA GeForce RTX 2080 Ti | 1 | $325 |
| | | $1,930 |

**Edit Room A**

| | | |
|---|---|---|
| Dell U4919DW 49" 1440p Monitor | 1 | $515 |
| PC - AMD Ryzen Threadripper 3970X 32-Core Processor | 1 | $1,500 |
| EVGA Geforce RTX 2080 Ti | 1 | $325 |
| Logitech MX Master 3 Wireless Mouse | 1 | $45 |
| Focal Shape 65 Studio Monitors | 2 | $1,000 |
| Monitor Stands | 2 | $300 |
| Behringer Ultra-D1 D120 Box Splitter | 1 | $15 |
| Tonor Condenser USB Microphone | 1 | $25 |
| Big Knob Studio Monitor Controller Interface | 1 | $100 |

| Item | Qty | Price |
|---|---|---|
| Sony BVM-E250A 24.5" TRIMASTER EL™ OLED reference Monitor | 1 | $6,000 |
| DT 770 Pro Headphones | 1 | $80 |
| APC Smartups 2200 | 1 | $500 |
| 65" LG 4k C3 OLED TV | 1 | $900 |
| Acoustic Panels | 8 | $200 |
| Black Leather sofa | 1 | $400 |
| | | $11,905 |

**Edit Room B**

| Item | Qty | Price |
|---|---|---|
| Dell U4919DW 49" Monitor | 1 | $515 |
| PC - AMD Ryzen Threadripper 3970X 32-Core Processor 3.7GHz | 1 | $1,500 |
| Nvidia RTX 8000 | 1 | $1,000 |
| 128gb RAM | 1 | $115 |
| Genelec 8040A Monitor Speakers (pair) | 1 | $1,000 |
| Blackmagic Design MultiView 4 HDL-MULTIP6G/04 | 1 | $300 |
| Wacom Intuos Pro Graphics Tablet (new in box) | 1 | $275 |
| Logitech 1080p Webcam | 1 | $20 |
| Tonor Condenser USB Microphone | 1 | $25 |
| APC Smartups 2200 | 1 | $500 |
| 55" LG C3 OLED TV | 1 | $600 |
| | | $5,850 |

**Edit Room C**

| Item | Qty | Price |
|---|---|---|
| Dell U4919DW 49" Monitor | 1 | $515 |
| PC - AMD Ryzen 9 3950X 16-Core Processor,128gb RAM | 1 | $1,200 |
| Geforce GTX | 1 | $60 |
| Genelec 8040A Monitor Speakers (pair) | 1 | $1,000 |
| 1402-VLZ3 Premium Mic/Line Mixer | 1 | $175 |
| StarTech USB SATA HDD Dock | 1 | $80 |
| StarTech 2 port dual displayport usb kvm switch setup | 1 | $75 |
| Kinivo 350 BN 4k 60Hz HDR Switch | 1 | $25 |
| Blackmagic Design HyperDeck Studio 4K Pro (3 units + Rack) | 3 | $3,600 |
| APC Smartups 2200 | 1 | $500 |
| 55" LG C3 OLED TV | 1 | $600 |
| | | $7,830 |

**Edit Room D**

| Item | Qty | Price |
|---|---|---|
| Dell 17" Computer Monitor | 2 | $200 |
| Sony PVM A250 24" Color Reference Monitor | 1 | $2,000 |
| Mac 27" Thunderbolt Monitor | 1 | $150 |
| Black Magic Speed Editor | 1 | $200 |
| Blackmagic Ultra Studio 4K I/O Capture, reack mount | 1 | $200 |
| AJA D10CE Serial digital to analog component/composit | 1 | $50 |
| APC Smartups 2200 | 1 | $500 |
| Genelec 8040A Monitor Speakers (pair) | 1 | $1,000 |
| Monitor Stands | 2 | $200 |
| Mac Pro Cylinder | 1 | $350 |
| 55" LG C3 OLED TV | 1 | $600 |
| 802 8 Channel Audio Mixer | 1 | $60 |
| | | $5,510 |

**Voice Over Booth**

| Item | Qty | Price |
|---|---|---|
| Neumann Microphone TLM 103 | 1 | $650 |
| PreSonus TubePrev2 Preamplifier | 1 | $50 |
| Auray Reflection filter with Mic Stand | 1 | $150 |
| 24" VIZIO TV | 1 | $55 |

| | | | |
|---|---|---|---|
| Blackmagic Micro Converter SDI to HDMI | 1 | | $35 |
| | | | $940 |
| **Editorial Equipment Subtotal** | | | **$43,120** |

**Miscellaneous Equipment**

| | | | |
|---|---|---|---|
| Pelican Storm 2600 Case | 1 | $100 | $100 |
| Dragonframe keypad contoroller for stop motion animation | 1 | $100 | $100 |
| Blackmagic  UltraStudio Express Thunderbolt Capture/IO with Breakout cables in Pelian 1170 case | 1 | $125 | $125 |
| X-Rite Color checker - xtra Large (new, with soft case) | 1 | $250 | $250 |
| AJA C10 DA | 1 | $150 | $150 |
| AJA Hi-5 3G | 2 | $250 | $500 |
| AJA D10CE Serial digital to analog component/composit | 1 | $50 | $50 |
| Yellow Brik SPG 1707 Sync Pulse Generator | 1 | $450 | $450 |
| Magwell USB 4K plus capture card | 2 | $250 | $500 |
| Sonnet Solo 10G | 1 | $90 | $90 |
| Misc. Cheese Plates for camera rigging | 1 | $50 | $50 |
| Various XLR cables | 11 | $25 | $275 |
| Various HDMI cables | 1 | $50 | $50 |
| Sandisk G-Drive 4TB USB-C -5GB/Sec | 1 | $150 | $150 |
| Mercury Pro Elite Pro Dual USB-C RAID -16TB | 1 | $350 | $350 |
| | | | $3,190 |

**IDF (IT) Room**

| | | | |
|---|---|---|---|
| NanosyncsHD Multistandard Sync Engine Rosendahl | 1 | | $400 |
| Brainstorm SR-112 Time Code Distripalyzer | 1 | | $1,100 |
| Blackmagic Design Smart Videohub 12g 40x40 | 1 | | $1,700 |
| Energy Saver 2200 VA UPS | 1 | | $500 |
| APC Smartups 2200 | 1 | | $500 |
| APC Back up batteries (new) | 2 | $200 | $400 |
| Honeywell 14000 BTU portable AC Unit | 1 | $300 | $300 |
| AS Rock X570 Creator Motherboards | 3 | $400 | $1,200 |
| PC - AMD 3950X 16-Core Processor 3.7GHz,128 gb RAM | 2 | $1,200 | $2,400 |
| EVGA Geforce RTX 2080 Ti | 2 | $325 | $650 |
| PC - AMD Ryzen 3950X 16-Core Processor,128gb RAM | 1 | $1,200 | $1,200 |
| Geforce GTX | 1 | $100 | $100 |
| Cisco SX550X-24 Stackable Managed Switch | 1 | | $700 |
| UE Server PC - AMD Ryzen Threadripper 3970X 32-Core Processor 3.7GHz | 3 | $1,500 | $4,500 |
| Nvidia RTX 8000 | 3 | $1,800 | $5,400 |
| | | | $21,050 |

**Upstairs IT Room**

| | | | |
|---|---|---|---|
| Gtech G Speed RAID 32Gb | 2 | | $1,000 |
| Sonic Rack Chassis w/Mac Pro Cylinder | 1 | | $400 |
| TrueNAS Storage Expansion Unit | 1 | | $20,000 |
| TrueNAS M40 iX System | 1 | | $20,000 |
| Quantum LTO Scaler i3 | 1 | | $8,000 |
| Drobo Backup RAID | 1 | | $450 |
| MacPro Tower (2010) | 1 | | $175 |
| Power Edge R610 | 1 | | $75 |
| Promise Vtrak J-Class + E-Class RAID | 2 | | $600 |
| Rorke Data Galaxy HDX3 - 6RU | 1 | | $650 |
| NetApp Raid Array - 4 RU (2018) | 1 | | $800 |

| Item | Qty | Unit | Total |
|---|---|---|---|
| Mac Minis | 2 | | $770 |
| Pegasus 2R4 - Promise Portable Raid 4 Bay | 2 | | $570 |
| Pegasus 2R6 - Promise Portable Raid 6 Bay | 1 | | $600 |
| Honeywell 14000 BTU portable AC Unit | 1 | $300 | $300 |
| APC Smart UPS 2200 | 2 | | $1,200 |
| | | | $55,590 |

**Upstairs Open Office**

| Item | Qty | Unit | Total |
|---|---|---|---|
| Knoll Adjustable Standing Desk | 12 | $800 | $9,600 |
| Power Spine | 6 | $700 | $4,200 |
| Fixed Credenzas | 12 | $300 | $3,600 |
| Herman Miller Aeron Chairs | 16 | $500 | $8,000 |
| 2015 iMac 27" | 1 | $350 | $350 |
| Apple 27" Thunderbolt Cinema Displays | 14 | $300 | $4,200 |
| LG 27MD5KA 27" Monitor | 2 | $500 | $1,000 |
| Mac Pro Cylinder | 2 | $350 | $700 |
| Dell U2718Q 27" Monitor | 1 | $140 | $140 |
| Gtech G Speed RAID 32TB | 1 | $500 | $500 |
| Joola Folding Ping Pong Table | 1 | $100 | $80 |

**Upstairs Private Office 1**

| Item | Qty | Unit | Total |
|---|---|---|---|
| Knoll Ref Desk area with "D top" and overhead storage unit, pedestal | 3 | $250 | $750 |
| Mac 27" Thunderbolt Monitor | 2 | $300 | $600 |
| Herman Miller Aeron Chairs | 3 | $500 | $1,500 |
| Director's Chairs | 1 | $40 | $40 |

**Upstairs Private Office 2**

| Item | Qty | Unit | Total |
|---|---|---|---|
| Knoll Ref Desk area with "D top" and overhead storage unit, pedestal | 1 | $250 | $150 |
| Maple top Knoll 24" circular meeting table | 1 | $60 | $55 |
| Herman Miller Aeron Chair | 1 | $500 | $500 |
| Director's Chairs | 2 | $40 | $80 |
| Ikea Bookshelf | 1 | $50 | $50 |
| LG 27MD5KA 27" Monitor | 2 | $500 | $1,000 |

**Upstairs Private Office 3**

| Item | Qty | Unit | Total |
|---|---|---|---|
| Mac 27" Thunderbolt Monitor | 1 | $300 | $300 |
| knoll Adjustable Standing Desk | 1 | $800 | $800 |
| Maple top Knoll 24" circular meeting table | 1 | $60 | $60 |
| Herman Miller Aeron Chairs (2006) | 1 | $500 | $500 |
| Fixed Pedestal | 1 | $300 | $300 |

**Upstairs Kitchen/Collaboration Area**

| Item | Qty | Unit | Total |
|---|---|---|---|
| Custom bar height white laminate table | 1 | $2,500 | $2,500 |
| LEM Piston Stools ($1200 new ea.) | 8 | $600 | $4,800 |
| Rove Poufs | 8 | $25 | $200 |
| Large blue bean bag | 1 | $35 | $35 |
| LG 65" OLED C3  TV on rolling Stand | 1 | $900 | $900 |
| Panasonic 55" HD plasma (wall mount) | 1 | $235 | $235 |
| White  Café Chairs | 4 | $80 | $320 |
| White 24" Circular Cafe Table | 2 | $80 | $160 |
| White 36" Circle Low Table | 2 | $100 | $200 |
| White Ikea Chairs | 2 | $10 | $20 |

| Item | Qty | Unit | Total |
|---|---|---|---|
| Blue Ikea Chairs | 1 | $10 | $10 |
| **Open Office subtotal** | | | **$48,435** |

| **Laptops** | | | |
|---|---|---|---|
| MacBook Pro 16-inch (M1 Max, 10-core CPU, 32-core GPU, 64GB RAM, 8TB HD | 1 | $3,000 | $3,000 |
| MacBook Pro 15" 2017 (has a cracked screen) | 1 | $100 | $100 |
| MacBook Pro 15" Mid-2014 2.5 ghz i7 16gb, Iris Pro | 1 | $350 | $350 |
| MacBook Pro 14" 2022 - M1 Pro 16GB RAM | 2 | $1,200 | $2,400 |
| MacBook Pro 13"  3GH, 16GB RAM /512 GB  HD | 1 | $700 | $700 |
| MacBook Air 13" 2020 M1 16 GB 500GB Flash | 1 | $800 | $800 |
| MacBook Air 13" 2014. 1.7 Ghz Core i7/8 GB RAM | 2 | $125 | $250 |
| **Laptop subtotal** | | | **$7,600** |

| **Virtual Reality Headsets** | | | |
|---|---|---|---|
| Occulus Rift 2 VR headset | 1 | $125 | $125 |
| Valve Index VR headset | 1 | $400 | $400 |
| | | | **$525** |

| **Drone** | | | |
|---|---|---|---|
| DJI Air 2S Fly More combo with Landing Pad | 1 | $650 | $650 |

| **Heavy Equipment** | | | |
|---|---|---|---|
| 2018 Genie 1930 Sissors Lift | 1 | | $7,500 |

| **Total Fair Market Value** | | | **$675,305** |
|---|---|---|---|

**ADDITIONAL EQUIPMENT & FURNITURE (purchased for Hamilton)**

| **Virtual Production Servers - New in box** | | | |
|---|---|---|---|
| Silver Draft Demon Servers + KVMs | 3 | $22,000 | **$66,000** |

| **Fiber & Network Switches From Lux Machina order (new in box)** | | | |
|---|---|---|---|
| Lightware 32x32 HDMI Router | 1 | $25,000 | $25,000 |
| AJA Fido 2T-12G SDI Fiber | 1 | $1,947 | $1,947 |
| AJA Fido 2TR-12G SDI Fiber | 1 | $1,947 | $1,947 |
| AJA C10DA 1x6 Analog DA | 2 | $235 | $470 |
| YellowBrik LYNC ORX 1702 LC | 2 | $890 | $1,780 |
| YellowBrik LYNC ORX 1712 LC | 2 | $890 | $1,780 |
| AJA DRM Power Shelf | 2 | $619 | $1,238 |
| Sescom SES-X-FA2LXBT01 Audio over Fiber Extender Transceiver | 4 | $950 | $3,800 |

| **Power** | | | |
|---|---|---|---|
| Tripplite PDU 121eC | 3 | $198 | $594 |
| APC UPS5000 230V SRT5KRMXLI | 4 | $7,382 | $29,528 |
| Anker USB Hubx4 | 2 | $23 | $46 |

| **Racks** | | | |
|---|---|---|---|
| 48RU APC Netshelter SX AR3157 | 2 | $3,640 | $7,280 |
| APC Rack PDU121EC | 3 | $190 | $570 |
| SKB 10 U Rack | 1 | $200 | $200 |

| **Networking** | | | |
|---|---|---|---|
| Netgear Switch M4300 24X24F | 1 | $7,189 | $7,189 |
| Netgear M4300 52F POE Managed Switch | 1 | $1,643 | $1,643 |
| Netgear M4500 48XF8C Managed Switch | 1 | $10,182 | $10,182 |

| **Cabling (new)** | | | |
|---|---|---|---|
| TAC 12 Single mode 75M | 3 | $1,236 | $3,708 |
| NEP TAC-12 LC Singlemode 246' (75M) | 3 | $1,236 | $3,708 |
| CAT6A Slim Black5' | 20 | $3 | $59 |
| CAT6A Slim Black7' | 20 | $3 | $64 |
| CAT6A Slim Black10' | 20 | $4 | $70 |
| 25G SFP28 DAC Cable 1M | 10 | $33 | $328 |
| 25G SFP28 DAC Cable 1.5M | 10 | $39 | $394 |
| 10G SFP+DAC Cable 1M | 5 | $13 | $65 |
| 10G SFP+DAC Cable 1.5M | 5 | $18 | $90 |
| 10G SFP+DAC Cable 2M | 5 | $17 | $85 |
| 10G SFP+DAC Cable 2.5M | 5 | $19 | $95 |
| Display Port 1.2 - 3' | 10 | $9 | $88 |
| Display Port 1.2 - 36 | 10 | $10 | $98 |
| HDMI 2.0 - 4' | 10 | $19 | $193 |
| HDMI 2.0 - 6' | 10 | $10 | $103 |
| HDMI 2.0 - 8' | 10 | $22 | $215 |
| HDMI 2.0 - 10' | 10 | $11 | $113 |
| HDMI 2.0 - 15' | 5 | $42 | $210 |
| 4855R BNC 12G SDI 6' | 15 | $24 | $364 |
| 4855R BNC 12G SDI 10' | 15 | $28 | $424 |
| Belden 4855 BNC Cable - 1000' | 1 | $875 | $875 |

| Item | Qty | Unit | Total | |
|---|---|---|---|---|
| Neutrik BNC Connectors for 4855 NBNC75BDD6X | 200 | $4 | $780 | |
| XLR-F to BNC | 10 | $17 | $165 | |
| XLR-M to BNC | 10 | $14 | $140 | |
| BNC Patch Panel x16 | 4 | $211 | $845 | |
| ST Fiber Patch Panel X12 | 10 | $77 | $771 | |
| LC - ST Duplex Single Mode 1M | 60 | $6 | $364 | |
| LC - ST Duplex Single Mode 3M | 60 | $4 | $216 | |
| ST - ST Duplex Single Mode 1 M | 5 | $6 | $30 | |
| ST - ST Duplex Single Mode 1 M | 5 | $6 | $30 | |
| ST-ST TAC6 SINGLE MODE 165' (used) | 1 | $600 | $600 | |
| TAC 12 Single mode 656'  (used) | 1 | $1,500 | $1,500 | |
| | | | | $177,980 |
| **New Purchased Furniture (marked down 45%)** | | | | |
| Rove Dresden Open End Sofa | 1 | $3,000 | $3,000 | |
| Rove Evelyn Coffee Table | 1 | $1,000 | $1,000 | |
| Interior Icons "Flyn" Chair | 8 | $75 | $600 | |
| Rove Milo Sectional Sofa | 1 | $3,500 | $3,500 | |
| Rove "Gallus" Coffee Table | 1 | $500 | $500 | |
| Rove Swan Chairs | 2 | $900 | $1,800 | |
| Rove "Winston" Media Console | 1 | $1,000 | $1,000 | |
| Crate & Barrel Nora Tub Chairs | 2 | $800 | $1,600 | |
| All Modern "Farrah" 2-top Dining Set | 4 | $800 | $3,200 | |
| | | | | $16,200 |
| **Kitchen Fixtures** | | | | |
| Folliet Ice & Water dispenser - E7UD100AIWNFST00 - new | 1 | $5,300 | $5,300 | |
| **Wireless Networking (marked down) New in Box** | | | | |
| Cisco Maraki MS120-24P Access Switches | 2 | $1,400 | $2,800 | |
| Cisco Maraki MS120-8FP 1G  L2 Cloud Managed 8x GigE PoE switch | 1 | $600 | $600 | |
| Unify Professional 48 PoE switch | 2 | $800 | $1,600 | |
| Unify Dream Machine Pro | 1 | $300 | $300 | |
| Unify U6 Mesh Access Point | 4 | $125 | $500 | |
| | | | | $5,800 |
| **SUB TOTAL - Hamilton Purchases** | | | **$205,280** | |
| **TOTAL ASSET VALUE** | | | **$880,585** | |

Debtor name **Pedersen Media Group, Inc., dba Intrepid Creative**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** **Bank of San Francisco**
Creditor's Name

**345 California St, Ste 1600
San Francisco, CA 94104**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
0268**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All assets of the company listed in Attachment**

Describe the lien
**UCC Financing Statement**
**Is the creditor an insider or related party?**
☐ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$239,865.00**          Column B: **$957,061.00**

---

**2.2** **Blue Street Capital, LLC**
Creditor's Name

**17011 Beach Blvd, Ste 710
Huntington Beach, CA 92647**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred
7/27/22**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Furniture,equipment and racks.  May have been assigned. May be a lease.**

Describe the lien
**UCC Financing Statement**
**Is the creditor an insider or related party?**
☐ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **Unknown**          Column B: **Unknown**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **Blue Street Capital, LLC** |
| --- | --- |

Creditor's Name

**17011 Beach Blvd, Ste 710**
**Huntington Beach, CA**
**92647**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/18/2019**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**IT equipment. May have been assigned.  May be a lease.**

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| Unknown | Unknown |
| --- | --- |

---

| 2.4 | **Design Group Italia** |
| --- | --- |

Creditor's Name

**84 Withers Street, Floor 1**
**Brooklyn, NY 11211**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**4/8/2024**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Blanket Lien**

**Describe the lien**
**ORAP Lien-Created within 90 days of filing**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

| $511,500.00 | Unknown |
| --- | --- |

---

| 2.5 | **First Citizen Bank and Trust** |
| --- | --- |

Creditor's Name

**Assignee of Blue Street**
**Capital, LLC**
**239 Fayetteville Street**
**Palo Alto, CA 94301**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Blue Street Equipment**

**Describe the lien**
**UCC Financing Statement**

| $415,025.00 | Unknown |
| --- | --- |

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**3000**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.6 | **Marin County Assessor's Office** | | |

Creditor's Name

**c/o Michael Strobel**
**3501 Civic Center Drive, Rm 208**
**PO Box C**
**San Rafael, CA 94913**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Personal Property**

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

**$81,540.00**          **Unknown**

---

| 2.7 | **Mitsubishi HC Capital America** | | |

Creditor's Name

**7201 Metro Blvd. Suite 800**
**Minneapolis, MN 55439**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Bluestreet Capital LLC-Optitract Equipment, Assignee**

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

**Unknown**          **Unknown**

---

Case: 24-30357   Doc# 1   Filed: 05/15/24   Entered: 05/15/24 17:03:00   Page 31 of 66

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.8 | **OTM Furniture Installations** | Describe debtor's property that is subject to a lien | $3,150.00 | Unknown |

Creditor's Name

**31101 Wiegman Road
Hayward, CA 94544**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
September 2023-January 2024**
Last 4 digits of account number
**0124**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Stored Furniture**

Describe the lien
**Warehouseman's Lien**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $140,000.00 | $957,061.00 |

Creditor's Name

**Office of Processing and Disbursement
14925 Kingsport Rd
Fort Worth, TX 76155**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**All assets of the company list in Attachment**

Describe the lien
**UCC Financing Statement-Subordinated to Bank of SF**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,391,080.00 |

**Part 2:**  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,

assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Bank of San Francisco**<br>**c/o Kevin Fusch, Esq.**<br>**1550 Parkside Drive, Suite 250**<br>**Walnut Creek, CA 94596** | Line __2.1__ | **0268** |
| **McCarthy Burgess & Wolff**<br>**The MB&W Building**<br>**26000 Cannon Rd**<br>**Bedford, OH 44146** | Line __2.5__ | |
| **Valla Morrison & Schachne, P.C.**<br>**Attn: Antonio Valla**<br>**333 Bush Street, Suite 2020**<br>**San Francisco, CA 94104** | Line __2.4__ | |

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | **$0.00** | **$0.00** |

**2.1**   Priority creditor's name and mailing address

**California Dept of Tax and Fee Admin**
**Acct Information Group MIC 29**
**P. O. Box 942879**
**Sacramento, CA 94279-0029**

_Date or dates debt was incurred_

_Last 4 digits of account number_

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**2.2**   Priority creditor's name and mailing address

**Franchise Tax Board**
**Bankruptcy Section MS A340**
**P.O. Box 2952**
**Sacramento, CA 95827-2952**

_Date or dates debt was incurred_

_Last 4 digits of account number_

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Case: 24-30357    Doc# 1    Filed: 05/15/24    Entered: 05/15/24 17:03:00    Page 34 of 66

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**2.3** Priority creditor's name and mailing address

**Internal Revenue Service**
**Centralized Insolvency Operations**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is: **Unknown**    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.4** Priority creditor's name and mailing address

**Marin County Tax Collector**
**3501 Civic Center Dr, Rm 208**
**San Rafael, CA 94903**

As of the petition filing date, the claim is: **$81,540.00**    **$70,293.28**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

**2022**

Basis for the claim:
**Personal Property Tax**
**Under Audit**

Last 4 digits of account number **0321**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.5** Priority creditor's name and mailing address

**Mark Pedersen**
**11 Oak Avenue**
**Kentfield, CA 94904**

As of the petition filing date, the claim is: **$15,150.00**    **$15,150.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Airespring**
**1801 W. Olympic Blvd**
**Pasadena, CA 91199-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$47,363.80**
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Internet Services__

Is the claim subject to offset? ☑ No  ☐ Yes

Case: 24-30357   Doc# 1   Filed: 05/15/24   Entered: 05/15/24 17:03:00   Page 35 of 66

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,000.00**

**Alex Harris**
**Labor Commissioner's Office**
**6150 Van Nuys Blvd., Room 206**
**Van Nuys, CA 91401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Wage Claim__

Last 4 digits of account number __5009__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Alex Harris**
**6118 Hazelhurst Place, #7**
**North Hollywood, CA 91602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Wage claim__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$725.00**

**American Arbitration Association**
**120 Broadway, 21st Floor**
**New York, NY 10271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __05/14/2024__

Basis for the claim: __Arbitration Fee__

Last 4 digits of account number __82IG__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,152.00**

**Apple Computer**
**One Apple Park Way**
**Cupertino, CA 95014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Paid for project__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$57,393.25**

**Associated Press**
**200 Liberty Street**
**New York, NY 10281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Production Services__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,320,000.00**

**Beowulf Holdings, LLC**
**11 Oak Avenue**
**Greenbrae, CA 94904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Commercial Lease__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**California United Mechanical**
**c/o Joshua Maltzer**
**Haight Brown & Bonesteel**
**505 Sansome, Ste 1701**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Construction__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,355.00** |
|---|---|---|---|

**CSDA Design Group**
**64 Bush St, 2nd Floor**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Structural Design for Hamilton**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dutch VAT**
**Bol International**
**Bijsterhuizen 3165**
**6004 LV Wijchen**
**Netherlands**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **VAT tax owed by Intel-Notice Purpose**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,647.00** |
|---|---|---|---|

**EditShare**
**3 Brook Street**
**Watertown, MA 02472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023,2024**

Last 4 digits of account number **2364**

Basis for the claim: **Internet Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$414.00** |
|---|---|---|---|

**Federal Express**
**3965 Airways Blvd**
**Module G, 4th Floor**
**Memphis, TN 38116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5120**

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fidelity and Deposit Co of Maryland**
**c/o Allen Matkins Leck Gamble Mallory &**
**865 South Figueroa St, Ste 2800**
**Los Angeles, CA 90017-2543**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Construction Bond**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fidelity and Deposit Company**
**299 Zurich Way**
**Schaumburg, IL 60196**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Construction Bond**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$167,634.72** |
|---|---|---|---|

**Forge Architecture**
**500 Montgomery**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Hangar 3 Building**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 24-30357   Doc# 1   Filed: 05/15/24   Entered: 05/15/24 17:03:00   Page 37 of 66

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,731.25** |
|---|---|---|---|

**Gordon & Rees**
**Scully Mansukhani**
**1111 Broadway, Ste 1700**
**Oakland, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Legal Services**

Last 4 digits of account number **2904**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$69,545.00** |
|---|---|---|---|

**Indigo Slate**
**Zensar Technologies**
**2 Reseaarch Way, First Floor**
**Princeton, NJ 08540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Website Services (not complete)**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,357.00** |
|---|---|---|---|

**Iron Mountain**
**2 Sun Court**
**Norcross, GA 30092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Storage**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,319,196.00** |
|---|---|---|---|

**KW Hamilton Landing LLC**
**PO Box 889269**
**Los Angeles, CA 90088-9269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Judgment**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,285.00** |
|---|---|---|---|

**Leland Parachini Steinberg Matzger & Mel**

**135 Main St, Ste 1200**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Legal Services**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$284,081.00** |
|---|---|---|---|

**Mark Pedersen**
**11 Oak Avenue**
**Kentfield, CA 94904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Shareholder loans, past due salary, advances**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,093,887.00** |
|---|---|---|---|

**Meylan Construction Company**
**3145 Kerner Blvd, Ste A**
**San Rafael, CA 94901**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **GC Hamilton**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70,896.00** |
|---|---|---|---|

**Nationwide Wholesale Video**
**28455 Automation Blvd**
**Wixom, MI 48393**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **LED Rental**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,091.55** |
|---|---|---|---|

**Talent Fund, LLC**
**780 Main Street**
**Half Moon Bay, CA 94019**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Unpaid Talent Invoices**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$540.00** |
|---|---|---|---|

**Vanguard Cleaning Systems**
**765 Baywood Drive #143**
**Petaluma, CA 94954**

Date(s) debt was incurred  **8/1/2023**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$327.00** |
|---|---|---|---|

**Visual Edge IT**
**1801 W Olympic Blvd**
**Pasadena, CA 91199**

Date(s) debt was incurred _

Last 4 digits of account number  **2594**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,588.00** |
|---|---|---|---|

**Wire Drivw/Shift Media**
**5340 Alla Road**
**Los Angeles, CA 90066**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Xerox Financial Services**
**PO Box 202882**
**Dallas, TX 75320**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Copier Lease**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$69,545.32** |
|---|---|---|---|

**Zensar Technologies**
**c/o Greenspoon Marder**
**Talat Ansari**
**590 Madison Ave, Ste 1800**
**New York, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Web Design**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case: 24-30357   Doc# 1   Filed: 05/15/24   Entered: 05/15/24 17:03:00   Page 39 of 66

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $672.00 |
|---|---|---|---|

**Zoom Communication**
**55 Almaden Blvd.**
**San Jose, CA 95113**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  __IT services__

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Caine & Weiner**<br>**PO Box 55848**<br>**Sherman Oaks, CA 91413** | Line __3.1__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **California United Mechanical**<br>**815 Atlantic Ave**<br>**Suite 105**<br>**Alameda, CA 94501** | Line __3.8__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Dickenson Wright**<br>**Attn: Elizabeth Patton**<br>**55 West Monroe, Suite 1200**<br>**Chicago, IL 60603** | Line __3.29__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Fidelity and Deposit Co of Maryland**<br>**c/o Allen Matkins Leck Gamble Mallory &**<br>**One America Plaza**<br>**600 West Broadway, 27th Floor**<br>**San Diego, CA 92101-0903** | Line __3.13__<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Forge Architecture**<br>**c/o Fox Rothschild, LLP**<br>**Christin Kim**<br>**345 Californai St, Ste, 2200**<br>**San Francisco, CA 94102** | Line __3.15__<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Greenspoon Marder**<br>**590 Madison Avenue**<br>**New York, NY 10022** | Line __3.17__<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **KW Hamilton Landing, LLC**<br>**Allen Matkins Leck Gamble Mallory & Nats**<br>**865 South Figueroa St, Ste 2800**<br>**Los Angeles, CA 90017-2543** | Line __3.19__<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Meylan Construction, Inc**<br>**c/o Michele Ellison**<br>**Gibbs Giden Locher Turner Senet &**<br>**12100 Wilshire Blvd, Ste 300**<br>**Los Angeles, CA 90025** | Line __3.22__<br><br>☐ Not listed. Explain ____ | _ |

Case: 24-30357   Doc# 1   Filed: 05/15/24   Entered: 05/15/24 17:03:00   Page 40 of 66

| Debtor | **Pedersen Media Group, Inc., dba Intrepid Creative** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.9 | **Nationwide Wholesale Video**<br>**c/o Receivable Control Corp**<br>**7373 Kirkwood Court**<br>**Suite 200**<br>**Minneapolis, MN 53369** | Line **3.23**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 96,690.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 14,598,426.89 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 14,695,116.89 |

Debtor name **Pedersen Media Group, Inc., dba Intrepid Creative**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Commercial Lease-Terminated** | |
| State the term remaining — **20 years remaining** | **Beowulf Holdings, LLC** |
| List the contract number of any government contract | **11 Oak Avenue** |
| | **Greenbrae, CA 94904** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Master Lease Agreement no. 19389, Sch 1490, contract no. 043-7169100-002 The property subject to this lease is subject to a security agreement with the same lessor. May have been assigned to Mitsubishi HC Capital America or First Citizens Bank and Trust** | |
| State the term remaining | **Blue Street Capital, LLC** |
| List the contract number of any government contract | **17011 Beach Blvd, Ste 710** |
| | **Huntington Beach, CA 92647** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Copier Lease** | |
| State the term remaining | **Xerox Financial Services** |
| List the contract number of any government contract | **PO Box 202882** |
| | **Dallas, TX 75320** |

**Fill in this information to identify the case:**

Debtor name  **Pedersen Media Group, Inc., dba Intrepid Creative**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)*  _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Mark Pedersen** | **11 Oak Ave**<br>**Kentfield, CA 94904** | **Bank of San Francisco** | ■ D  __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Take One Network dba Wrap Book** | **228 Park Avenue South, #36206**<br>**New York, NY 10040** | **Alex Harris** | ☐ D _____<br>■ E/F  __3.2__<br>☐ G _____ |

Case: 24-30357    Doc# 1    Filed: 05/15/24    Entered: 05/15/24 17:03:00    Page 43 of 66

**Fill in this information to identify the case:**

Debtor name **Pedersen Media Group, Inc., dba Intrepid Creative**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:      Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$2,382,000.00** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$15,368,000.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Case: 24-30357   Doc# 1   Filed: 05/15/24   Entered: 05/15/24 17:03:00   Page 44 of 66

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **Design Group Italia**<br>**84 Withers Street, Floor 1**<br>**Brooklyn, NY 11211** | **OEX Served**<br>**April 8, 2024** | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Creditor served an**<br>**Order for Examination on**<br>**Debtor creating an ORAP lien** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Mark Pedersen**<br>**11 Oak Avenue**<br>**Kentfield, CA 94904**<br>**CEO** | **11/15/22 to**<br>**8/31/23** | **$145,295.00** | **Salary** |
| 4.2.   **Mark Pedersen**<br>**11 Oak Avenue**<br>**Kentfield, CA 94904**<br>**CEO** | **6/26/23** | **$25,000.00** | **Partial repayment of $195,000**<br>**loan to company** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Case: 24-30357    Doc# 1    Filed: 05/15/24    Entered: 05/15/24 17:03:00    Page 45 of 66

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **KW Hamilton Landing, LLC vs. Pedersen Media Group, Inc.**<br>**CV0000989** | **Complaint for Breach of Lease** | **Superior Court, Marin County** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **California United Mechanical, Inc. dba United Mechanical, Inc. vs. Meylan Construction, KW Hamilton Landking, LLC, Fidelity and Deposit Company of Maryland**<br><br>**KW Hamilton Landing, LLC vs. Pedersen Media Group, Inc.**<br>**CV0000425** | **Cross Complaint for Express Indemnity against Pedersen** | **Marin County Superior Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **Design Group Italia Corp vs. Pedersen Media Group, Inc, dba Intrepid Creative**<br>**23-06613** | **Stipulated Judgment** | **US Eastern District Court Eastern District of New York** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.4. **Meylan Construction, Inc. vs. Pedersen Media Group, Inc; KW Hamilton Landing, LLC**<br>**CV0000354** | **Complaint** | **Superior Court, County of Marin** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. **McDonald vs. Pedersen Media Group** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. **Forge Architecture vs. Pedersen Media Group, Inc.**<br>**CV0001473** | **Complaint** | **Superior Court, Marin County** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. **Alex Harris v. Pederson Media Group, et al**<br>**WC-CM-985009** | **Wage Claim** | **Department of Industrial Relations Labor Commissioner's Office 6150 Van Nuys Blvd., Room 206 Van Nuys, CA 91401** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

Case: 24-30357    Doc# 1    Filed: 05/15/24    Entered: 05/15/24 17:03:00    Page 46 of 66

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Goodrich & Associates 350 Bon Air Center Greenbrae, CA 94904** | | **7/20/23** | **$1,995.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **David Tillotson Leland Parachini Steinberg 135 Main St, Ste 1200 San Francisco, CA 94105** | | **6/20/23** | **$18,291.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Kornfield Nyberg Bendes Kuhner & Little 1970 Broadway, Suite 600 Oakland, CA 94612** | | **8-31-23 $4,077.50 9-30-23 $4,536.25 10-11-23 $20,712** | **$29,664.25** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Case: 24-30357    Doc# 1    Filed: 05/15/24    Entered: 05/15/24 17:03:00    Page 47 of 66

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

□ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Marin Luxury Cars 195 Casa Buena Drive Corte Madera, CA 94925** | **2023 Land Rover R Defender Returned to dealership Loan balance owed to Chase Auto Finance, LLC was $108,824.68 by dealer. Debtor paid deficiency of $18,824.68 on 6/26/23** | **6/26/23** | **$90,000.00** |
| | Relationship to debtor | | | |
| 13.2. | **Chater Camera 1336 Ninth St. Berkeley, CA 94710** | **Arri Signature Prime Set Camera** | **9-05-23** | **$125,000.00** |
| | Relationship to debtor | | | |
| 13.3. | **Broadcast Video Warehouse 78670 CA-111 La Quinta, CA 92253** | **Fujinon 85-300 Zoom Lens** | **1-31-23** | **$16,000.00** |
| | Relationship to debtor | | | |
| 13.4. | **Dongseo_O** | **2 Taradak Bolt 4K 1500 RZ Mnitor** | **9-3-23** | **$3,014.35** |
| | Relationship to debtor | | | |
| 13.5. | **Temesgen Gebremeskel** | **DaVinci Resolve Advanced Color Grading Panel** | **11-4-23** | **$12,722.88** |
| | Relationship to debtor | | | |
| 13.6. | **Raw_productions** | **RED Rapter 8K VV Camera kit** | **11-9-23** | **$18,406.83** |
| | Relationship to debtor | | | |

Case: 24-30357   Doc# 1   Filed: 05/15/24   Entered: 05/15/24 17:03:00   Page 48 of 66

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.7. | **Felix Lighting**<br>**483 Valley Dr.**<br>**Brisbane, CA 94005** | **Grip and electric** | **11-17-23** | **$40,000.00** |
| | Relationship to debtor | | | |
| 13.8. | **SF Bay Camera & Grip**<br>**5835 Doyle St., Suite D**<br>**Emeryville, CA 94608** | **Leica R Cinemod Lenses** | **11-14-23** | **$24,500.00** |
| | Relationship to debtor | | | |
| 13.9. | **Sangwoo Yi** | **Teradeck Wireless Video Kit, 4K Max<br>Transmitter, handles for Cine7 Monitors** | **12-19-23** | **$23,276.13** |
| | Relationship to debtor | | | |
| 13.10. | **Keryninbali** | **Rove-Winston Coffee Table** | **11-14-23** | **$511.65** |
| | Relationship to debtor | | | |
| 13.11. | **Judy Riccio**<br>**50 Trailview Court**<br>**Novato, CA 94945** | **Coffee Table** | **May 7, 2024** | **$276.00** |
| | Relationship to debtor | | | |

---

| Part 7: | **Previous Locations** |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| Part 8: | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

| Part 9: | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☑ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☐ No. Go to Part 10.
   ☑ Yes. Does the debtor serve as plan administrator?

         ☐ No Go to Part 10.
         ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Pedersen Media Group, Inc. 401k * Profit Sharing Plan** | EIN: **94-321643549** |

   Has the plan been terminated?
   ☑ No
   ☐ Yes

<br>

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **OTM Furniture Installations 31101 Wiegman Road Hayward, CA 94544** | **Pederson Media Group, Inc** | **Stored Furniture** | ☐ No<br>☑ Yes |

<br>

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

Case: 24-30357   Doc# 1   Filed: 05/15/24   Entered: 05/15/24 17:03:00   Page 50 of 66

not list leased or rented property.

■ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:  Details About the Debtor's Business or Connections to Any Business

25.  **Other businesses in which the debtor has or has had an interest**
  List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
  26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
  ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **TL Squared LLP<br>Tom Li<br>1460 Maria Lane, Ste 350<br>Walnut Creek, CA 94596** | **Julu 2019 to current** |

Case: 24-30357   Doc# 1   Filed: 05/15/24   Entered: 05/15/24 17:03:00   Page 51 of 66

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **TL Squared LLP** <br> **Tom Li** <br> **1460 Maria Lane, Ste 350** <br> **Walnut Creek, CA 94596** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **TL Squared LLP** <br> **Tom Li** <br> **1460 Maria Lane, Ste 350** <br> **Walnut Creek, CA 94596** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Design Group Italia** <br> **609 Greenwich St, 4th Floor** <br> **New York, NY 10014** |
| 26d.2.   **Blue Street Capital, LLC** <br> **17011 Beach Blvd, Ste 710** <br> **Huntington Beach, CA 92647** |
| 26d.3.   **Kennedy Wilson** <br> **151 S. El Camino Dr** <br> **Beverly Hills, CA 90212** |
| 26d.4.   **Bank of San Francisco** <br> **345 California Street, Ste 1600** <br> **San Francisco, CA 94104** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mark Pedersen** | **11 Oak Avenue** <br> **Kentfield, CA 94904** | **President & CEO** | |

Case: 24-30357    Doc# 1    Filed: 05/15/24    Entered: 05/15/24 17:03:00    Page 52 of 66

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ■ No
    ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

| Part 14: | Signature and Declaration |
| --- | --- |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 15, 2024**

**/s/ Mark Pedersen**                                           **Mark Pedersen**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                        Case No.

**Pedersen Media Group, Inc., dba Intrepid**
**Creative**

_____ Debtor(s).        /

<u>CREDITOR MATRIX COVER SHEET</u>

I declare that the attached Creditor Mailing Matrix, consisting of __8__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **May 15, 2024**

**/s/ Chris Kuhner**
_____
Signature of Debtor's Attorney or Pro Per Debtor

Airespring
1801 W. Olympic Blvd
Pasadena, CA 91199-0001


Alex Harris
Labor Commissioner's Office
6150 Van Nuys Blvd., Room 206
Van Nuys, CA 91401


Alex Harris
6118 Hazelhurst Place, #7
North Hollywood, CA 91602


American Arbitration Association
120 Broadway, 21st Floor
New York, NY 10271


Apple Computer
One Apple Park Way
Cupertino, CA 95014


Associated Press
200 Liberty Street
New York, NY 10281


Bank of San Francisco
345 California St, Ste 1600
San Francisco, CA 94104


Bank of San Francisco
c/o Kevin Fusch, Esq.
1550 Parkside Drive, Suite 250
Walnut Creek, CA 94596

Beowulf Holdings, LLC
11 Oak Avenue
Greenbrae, CA 94904


Blue Street Capital, LLC
17011 Beach Blvd, Ste 710
Huntington Beach, CA 92647


Caine & Weiner
PO Box 55848
Sherman Oaks, CA 91413


California Dept of Tax and Fee Admin
Acct Information Group MIC 29
P. O. Box 942879
Sacramento, CA 94279-0029


California United Mechanical
c/o Joshua Maltzer
Haight Brown & Bonesteel
505 Sansome, Ste 1701
San Francisco, CA 94111


California United Mechanical
815 Atlantic Ave
Suite 105
Alameda, CA 94501


CSDA Design Group
64 Bush St, 2nd Floor
San Francisco, CA 94104


Design Group Italia
84 Withers Street, Floor 1
Brooklyn, NY 11211

Dickenson Wright
Attn: Elizabeth Patton
55 West Monroe, Suite 1200
Chicago, IL 60603


Dutch VAT
Bol International
Bijsterhuizen 3165
6004 LV Wijchen
Netherlands


EditShare
3 Brook Street
Watertown, MA 02472


Federal Express
3965 Airways Blvd
Module G, 4th Floor
Memphis, TN 38116


Fidelity and Deposit Co of Maryland
c/o Allen Matkins Leck Gamble Mallory &
865 South Figueroa St, Ste 2800
Los Angeles, CA 90017-2543


Fidelity and Deposit Co of Maryland
c/o Allen Matkins Leck Gamble Mallory &
One America Plaza
600 West Broadway, 27th Floor
San Diego, CA 92101-0903


Fidelity and Deposit Company
299 Zurich Way
Schaumburg, IL 60196


First Citizen Bank and Trust
Assignee of Blue Street Capital, LLC
239 Fayetteville Street
Palo Alto, CA 94301

Forge Architecture
500 Montgomery
San Francisco, CA 94111


Forge Architecture
c/o Fox Rothschild, LLP
Christin Kim
345 Californai St, Ste, 2200
San Francisco, CA 94102


Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95827-2952


Gordon & Rees
Scully Mansukhani
1111 Broadway, Ste 1700
Oakland, CA 94607


Greenspoon Marder
590 Madison Avenue
New York, NY 10022


Indigo Slate
Zensar Technologies
2 Reseaarch Way, First Floor
Princeton, NJ 08540


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Iron Mountain
2 Sun Court
Norcross, GA 30092

KW Hamilton Landing LLC
PO Box 889269
Los Angeles, CA 90088-9269


KW Hamilton Landing, LLC
Allen Matkins Leck Gamble Mallory & Nats
865 South Figueroa St, Ste 2800
Los Angeles, CA 90017-2543


Leland Parachini Steinberg Matzger & Mel
135 Main St, Ste 1200
San Francisco, CA 94105


Marin County Assessor's Office
c/o Michael Strobel
3501 Civic Center Drive, Rm 208
PO Box C
San Rafael, CA 94913


Marin County Tax Collector
3501 Civic Center Dr, Rm 208
San Rafael, CA 94903


Mark Pedersen
11 Oak Avenue
Kentfield, CA 94904


McCarthy Burgess & Wolff
The MB&W Building
26000 Cannon Rd
Bedford, OH 44146


Meylan Construction Company
3145 Kerner Blvd, Ste A
San Rafael, CA 94901

Meylan Construction, Inc
c/o Michele Ellison
Gibbs Giden Locher Turner Senet &
12100 Wilshire Blvd, Ste 300
Los Angeles, CA 90025


Mitsubishi HC Capital America
7201 Metro Blvd. Suite 800
Minneapolis, MN 55439


Nationwide Wholesale Video
28455 Automation Blvd
Wixom, MI 48393


Nationwide Wholesale Video
c/o Receivable Control Corp
7373 Kirkwood Court
Suite 200
Minneapolis, MN 53369


OTM Furniture Installations
31101 Wiegman Road
Hayward, CA 94544


Talent Fund, LLC
780 Main Street
Half Moon Bay, CA 94019


U.S. Small Business Administration
Office of Processing and Disbursement
14925 Kingsport Rd
Fort Worth, TX 76155


Valla Morrison & Schachne, P.C.
Attn: Antonio Valla
333 Bush Street, Suite 2020
San Francisco, CA 94104

Vanguard Cleaning Systems
765 Baywood Drive #143
Petaluma, CA 94954


Visual Edge IT
1801 W Olympic Blvd
Pasadena, CA 91199


Wire Drivw/Shift Media
5340 Alla Road
Los Angeles, CA 90066


Xerox Financial Services
PO Box 202882
Dallas, TX 75320


Zensar Technologies
c/o Greenspoon Marder
Talat Ansari
590 Madison Ave, Ste 1800
New York, NY 10022


Zoom Communication
55 Almaden Blvd.
San Jose, CA 95113


Mark Pedersen
11 Oak Ave
Kentfield, CA 94904


Shirish S. Hardikar
30 Merced Ave
San Francisco, CA 94127

Take One Network dba Wrap Book
228 Park Avenue South, #36206
New York, NY 10040

# United States Bankruptcy Court
## Northern District of California

In re  **Pedersen Media Group, Inc., dba Intrepid Creative**
                                    Debtor(s)

Case No. _____

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Pedersen Media Group, Inc., dba Intrepid Creative**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Mark Pedersen
11 Oak Avenue
Kentfield, CA 94904**

**Shirish S. Hardikar
30 Merced Ave
San Francisco, CA 94127**

☐ None [*Check if applicable*]

**May 15, 2024**

Date

**/s/ Chris Kuhner**

**Chris Kuhner 173291**

Signature of Attorney or Litigant

Counsel for  **Pedersen Media Group, Inc., dba Intrepid Creative**

**Kornfield, Nyberg, Bendes, Kuhner & Little P.C.**

**1970 Broadway, Ste 600
Oakland, CA 94612
510-763-1000 Fax:510-273-8669**

## United States Bankruptcy Court
### Northern District of California

| In re | Pedersen Media Group, Inc., dba Intrepid Creative | Case No. | |
|---|---|---|---|
| | Debtor(s) | Chapter | 7 |

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Mark Pedersen**, declare under penalty of perjury that I am the **CEO** of **Pedersen Media Group, Inc., dba Intrepid Creative**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **28** day of **February**, 20 **24** .

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Mark Pedersen, CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Mark Pedersen, CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Mark Pedersen, CEO** of this Corporation is authorized and directed to employ **Chris Kuhner 173291**, attorney and the law firm of **Kornfield, Nyberg, Bendes, Kuhner & Little P.C.** to represent the corporation in such bankruptcy case."

| Date | **May 15, 2024** | Signed | **/s/ Mark Pedersen** |
|---|---|---|---|
| | | | **Mark Pedersen** |

Resolution of Board of Directors
of
**Pedersen Media Group, Inc., dba Intrepid Creative**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Mark Pedersen**, **CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Mark Pedersen**, **CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Mark Pedersen, CEO** of this Corporation is authorized and directed to employ **Chris Kuhner 173291**, attorney and the law firm of **Kornfield, Nyberg, Bendes, Kuhner & Little P.C.** to represent the corporation in such bankruptcy case.

Date   **May 15, 2024**       Signed    **/s/ Mark Pedersen**

Date   **February 28, 2024**      Signed